IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

FILED-WD
2002 APR 26 PM 4: 25
CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| LODGING CONCEPTS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> FIRST BASE FOR WOMEN, LLC and ) <br> ACCEL, INC., ) <br> ) <br> Defendants. ) | Civil Action No. **02C50164** |

## NOTICE OF REMOVAL

NOW COMES the Defendant, FIRST BASE FOR WOMEN, LLC, hereinafter "FIRST BASE", by its attorneys, MAGGIO & FOX PROFESSIONAL CORPORATION, pursuant to 28 U.S.C. §§1332, 1441 and 1446 hereby gives notice of the removal of this action from the Circuit Court of McHenry County, Illinois to the United States District Court for the Northern District of Illinois. As grounds for this removal, AMCORE states as follows:

1.    This action was commenced on February 14, 2002, by the filing of a two Count Complaint in the Circuit Court of McHenry County, Illinois. A true and correct copy of the Alias Summons and Complaint served upon the Defendant, FIRST BASE FOR WOMEN, LLC, are attached hereto collectively as Exhibit "A" and incorporated herein by reference.

2. FIRST BASE was served with the Alias Summons and Complaint on March 27, 2002. The Defendant, ACCEL, INC., was not served with either the Summons or Alias Summons. McHenry County court record indicates that the Alias Summons was returned "Not Served".

3. Based on the service of FIRST BASE, this Notice of Removal is timely filed within thirty (30) days of the pleading from which the Defendant could ascertain that the case is properly removable in accordance with the provisions of 28 U.S.C. §1446(b).

4. The allegations in Plaintiff's Complaint are centered upon a breach of contract and guaranty. Count I of Plaintiff's Complaint purports to assert a breach of contract cause of action against FIRST BASE arising out of a contract for manufacture and sale of Breast Self-Exam Shower Kits. The Shower Kits were to be manufactured by Plaintiff and sold to FIRST BASE pursuant to a Purchase Order dated July 18, 2001. The second Count of the Complaint involves an alleged guaranty of ACCEL, INC. with respect to the Purchase Order.

5. Pursuant to the Complaint, Plaintiff identifies itself as a New Jersey corporation, qualified to do business in the State of Illinois having offices located at 203 Berg Street, Algonquin, Illinois.

6. FIRST BASE is an Ohio limited liability company with offices located in Ohio. The Complaint does not allege that FIRST BASE maintains any Illinois office or is registered to do business in the State of Illinois.

7. The Defendant, ACCEL, INC., is also an Ohio corporation maintaining its principal offices in Ohio. The Complaint does not allege that ACCEL maintained offices in the State of Illinois or was registered to do business in the State of Illinois.

8. Count I of the Complaint against FIRST BASE requests damages for breach of contract in an amount in excess of $400,000.00.

9. This action could have been originally filed in the United States District Court pursuant to 28 U.S.C. §1332, as the United States District Court has diversity jurisdiction over the claim based on the fact that there is diversity of citizenship between Plaintiff and Defendants and that the amount in controversy is in excess of $75,000.00.

10. As a result of the diversity jurisdiction, this action is properly removable pursuant to 28 U.S.C. §1441.

11. Pursuant to 28 U.S.C. §1446(d), all adverse parties are being provided with written Notice of the Removal, and a copy of this Notice of Removal is being filed with the Clerk of the Circuit Court of McHenry County, Illinois.

12. No admission of fact, law or liability is intended by this Notice, and all defenses, motions and pleas are expressly reserved.

WHEREFORE, the Defendant, FIRST BASE FOR WOMEN, LLC, files this Notice of Removal and removes this civil action to the United States District Court for the Northern District of Illinois. Plaintiffs are hereby notified to proceed no further in State Court.

Dated this 26th day of April, 2002.

        FIRST BASE FOR WOMEN, LLC, Defendant

BY:    MAGGIO & FOX PROFESSIONAL CORPORATION

BY:    _____
        Gregory A. Biegel
        One of its attorneys

**PREPARED BY:**
Gregory A. Biegel
MAGGIO & FOX PROFESSIONAL CORPORATION
501 Seventh St., Suite 501
Rockford, IL 61104
(815) 968-5100

STATE OF ILLINOIS

Election Services and Software

IN THE CIRCUIT COURT OF THE **NINETEENTH** JUDICIAL CIRCUIT

**McHENRY** COUNTY

LODGING CONCEPTS, INC.,

Plaintiff,

vs.                                    No. 02 LA 48

FIRST BASE FOR WOMEN, LLC and
ACCEL, INC.,

Defendants.

Received 3/28/02

## ALIAS SUMMONS

To each defendant: First Base for Women, LLC, c/o Kathleen Bajo, Registered Agent, 6265 Riverside Drive, Dublin OH 43017

You are summoned and required to file an answer in this case, or otherwise file your appearance in the Office of the Clerk of this Court **in the County Government Center** building, room _____, **2200 North Seminary, Woodstock**, Illinois, within 30 days after service of this summons,
   (Address)                (City)
not counting the day of service. IF YOU FAIL TO DO SO, A JUDGEMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with indorsement of sevice and fees, if any, immediately after service. If service cannot be made, summons shall be returned so indorsed.

This summons may not be served later than 30 days after its date.

(Seal of Court)

WITNESS _March 20_, Year _02_

_Vernon W. Kays_
(Clerk of the Circuit Court)

By: _____
         (Deputy)

(Plaintiff's Attorney or Plaintiff if he is not represented by an Attorney)
Name: Richard A. Palmer/ls
       HARE, MURRAY, WAGE & JOHNSON, P.C.
Attorney for: Plaintiff
Address: 402 East Fifth Street, P.O. Box 400
City: Sterling, Illinois 61081-0400
       (815) 625-8200

EXHIBIT "A"

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT

McHENRY COUNTY, ILLINOIS

**FILED**
FEB 14 2002
VERNON W. KAYS, JR.
McHENRY CTY. CIR. CLK.

LODGING CONCEPTS, INC. )
)
Plaintiff, )
) No. 02LA48
vs. )
)
FIRST BaSE FOR WOMEN, LLC and )
ACCEL, INC. )
)
Defendants. )

NOTICE
BY ADMINISTRATIVE ORDER 94-9
THIS CASE IS HEREBY SET FOR SCHEDULING
CONFERENCE IN COURTROOM C330 ON
6/20 20 02, AT 9:00 AM/PM
FAILURE TO APPEAR MAY RESULT IN THE CASE
BEING DISMISSED OR AN ORDER OF
DEFAULT BEING ENTERED.

COMPLAINT

Count I

(Breach of Contract vs. First BaSE for Women LLC)

Plaintiff, Lodging Concepts Inc., a foreign corporation, by Ward, Murray, Pace & Johnson, P.C., its attorneys, complains of Defendant, First BaSE for Women, LLC, and alleges:

1. Plaintiff is a New Jersey corporation, duly qualified to do business in the State of Illinois, with offices at 203 Berg Street, Algonquin, McHenry County, Illinois, engaged in the business of manufacturing and selling customized specialty products, including soaps and shampoos.

2. Defendant, First BaSE for Women, LLC is an Ohio limited liability company with offices at 8133 Highfield Drive, Suite 100, Lewis Center, Ohio, engaged in the marketing and sale of a certain product known as the First BaSE™ Breast Self Exam Shower Kit, a customized product more particularly described on Exhibit A attached hereto and incorporated herein.

3. In June and July, 2001, Defendant First BaSE and Plaintiff negotiated for the manufacture and sale by Plaintiff to Defendant First BaSE of the completed one-ounce shower gel, bottled and labeled, (the Product) to be included in the First BaSE Breast Self-Exam Shower

Kit. These negotiations included, inter alia, selection of fragrance for the shower gel, selection of customized color for the bottle caps, and customized labeling.

4. On or about July 18, 2001, Defendant First BaSE issued its purchase order #10002 to Plaintiff for the purchase by Defendant from Plaintiff of 2,448,000 units of the Product at a total price of $537,213.60. A copy of the purchase order is attached hereto as Exhibit B and hereby incorporated herein.

5. Plaintiff and Defendant First BaSE agreed the Product would be shipped in seven (7) shipments. The scheduled shipment dates agreed upon by Plaintiff and Defendant First BaSE were as follows:

| Shipment Date | Date to be Received by Defendant | Quantity | Dollar Amount |
| --- | --- | --- | --- |
| August 31, 2001 | September 3, 2001 | 102,000 units | $22,883.80 |
| September 7, 2001 | September 10, 2001 | 204,000 units | $44,787.80 |
| September 14, 2001 | September 17, 2001 | 408,000 units | $89,635.80 |
| September 21, 2001 | September 24, 2001 | 408,000 units | $89,635.80 |
| September 28, 2001 | October 1, 2001 | 408,000 units | $89,635.80 |
| October 5, 2001 | October 8, 2001 | 408,000 units | $89,635.80 |
| October 12, 2001 | October 15, 2001 | 510,000 units | $111,919.50 |

6. Pursuant to said Purchase Order, Plaintiff ordered all the materials necessary to manufacture the Product, including special colored bottle caps, customized labeling, and special fragrance for the shower gel.

7. Plaintiff shipped to Defendant First BaSE the first two scheduled shipments and Defendant First BaSE paid Plaintiff for those goods.

2

8. On or about September 1, 2001, Defendant First BaSE notified Plaintiff that it had been unable to market and sell the Breast Self Exam Shower Kits as it had anticipated, and requested that Plaintiff defer and extend the delivery schedule and otherwise modify the terms of the Purchase Order to accommodate Defendant First BaSE's inability to market and sell the Kits.

9. On or about September 5, 2001, authorized representatives of Plaintiff met with authorized representatives of Defendant First BaSE, at which time the parties agree to modify Purchase Order #10002 on the following terms: (1) Defendant would immediately pay an additional $15,000.00 deposit as security for payment of the remaining shipments; (2) Defendant would immediately prepay for the third scheduled shipment which was already manufactured, to be shipped immediately to Defendant upon prepayment; and (3) Plaintiff agreed to defer the remaining four shipments for a reasonable period of time, and Defendant would give Plaintiff two weeks advance notice of its request for each of the remaining four shipments, and prepay for each of those shipments when requested.

10. Contrary to the agreement reached by the parties on or about September 5, 2001, Defendant First BaSE failed and refused to pay the additional $15,000.00 deposit, failed and refused to pay for the third shipment, and has failed and refused to request shipment of, and make payment for, the remaining four shipments.

11. By virtue of Defendant First BaSE's breach of its agreements with Plaintiff, Plaintiff has incurred costs and expenses for the materials ordered to manufacture the product, has incurred labor expenses in the manufacture of the product, and has lost profits which it otherwise would have realized but for Defendant First BaSE's breach of contract, all to Plaintiff's damage in an amount in excess of $400,000.00.

12. Plaintiff has performed all terms and conditions of it agreements with Defendant First BaSE and remains ready, willing, and able to manufacture and ship the third through seventh shipments of the Product.

3

WHEREFORE, Plaintiff Lodging Concepts, Inc. prays for judgment against Defendant, First BaSE for Women, LLC, in an amount in excess of $400,000.00 and as is warranted by the evidence, plus its costs of suit.

## COUNT II
### (Guarantee vs. Accel, Inc.)

Plaintiff, Lodging Concepts Inc., by Ward, Murray, Pace & Johnson, P.C., its attorneys, complains of Defendant, Accel, Inc., and alleges:

1. through 12. Plaintiff realleges Paragraphs one through twelve of Count I and as for paragraphs one through twelve of this Count II.

13. Defendant, Accel, Inc. is an Ohio corporation with principal offices at the same address as Defendant First BaSE for Women, LLC, namely 8133 Highfield Drive, Suite 100, Lewis Center, Ohio.

14. Contemporaneously with the negotiation of the Exhibit B purchase order, Plaintiff requested that Defendant First BaSE provide security for payment to Plaintiff for the Product because First BaSE was a new company and this was an initial launch of the Breast Self Exam Shower Kit.

15. Plaintiff and Defendant First BaSE initially agreed that Defendant First BaSE would provide a bank letter of credit to secure payment for the Product as shipped. Subsequently, certain officers and principals of Defendant First BaSE, who were also officers and principals of Defendant Accel, offered to Plaintiff that Defendant Accel would issue a letter guaranteeing performance by Defendant First BaSE of the terms of the purchase order. A copy of the letter is attached hereto as Exhibit C and hereby incorporated herein.

16. Plaintiff accepted the offer of Defendant Accel and it was only in consideration of Defendant Accel's guarantee that Plaintiff agreed to proceed with the procurement of the materials and the manufacture of the Products pursuant to the purchase order.

17. Plaintiff has notified Defendant Accel of Defendant First BaSE's breach of its agreements with Plaintiff and has requested that Defendant Accel perform according to its guarantee by making the payments which Defendant First BaSE failed to make, but Defendant Accel has failed and refused to honor its guarantee.

WHEREFORE, Plaintiff Lodging Concepts, Inc. prays for judgment against Defendant Accel, Inc. in an amount in excess of $400,000.00 and as is warranted by the evidence, plus its costs of suit.

LODGING CONCEPTS, INC., Plaintiff

By WARD, MURRAY, PACE & JOHNSON, P.C.,
Its Attorneys

By *Richard A. Palmer*
Richard A. Palmer

Richard A. Palmer – ARDC #2138158
WARD, MURRAY, PACE & JOHNSON, P.C.
Attorneys for Plaintiff
202 East Fifth Street, P.O. Box 400
Sterling, Illinois 61081-0400
Telephone: (815) 625-8200

# A Company...
## With a Mission

First BaSE for Women, LLC was created by six women from the Columbus, Ohio area, who have extensive experience in women's health, philanthrophy, business development, marketing and organizational development. Their mission is to improve the lives of women by creating meaningful programs and products that inspire and empower women to lead healthier lives. The officers of First BaSE are committed to extraordinary levels of corporate giving, pledging 20% of net profits to the Foundation and other initiatives supporting women who have breast cancer.

# A Product...
## With a Purpose



*First BaSE™ Breast Self Exam Shower Kit*
Shower kit, housing 12 small bath gels – one for each monthly Breast Self Exam

*Cabinet*
Attractive white cabinet made of durable, easy-to-clean ABS plastic

*Features*
Clear window allows woman to quickly see if gel for that month has been used
Door opens from top to reveal BSE instructions and 12 bath gels
Secures to shower wall  ·  Patent pending

*Bath Gel Features*
Clean, translucent pink bath gel  ·  Enriched with aloe vera and Vitamins A and E
Lightly fragranced for aromatic experience



*Product Enclosures*
Mammography reminder sticker  ·  Complete instructions on Breast Self Exam (BSE)
Information on the First BaSE Foundation

*Points of Purchase*
Online at www.BSEkits.com  ·  Toll free (866) BSE-KITS  ·  Select Retail Stores

*Price*
$29.50 suggested retail price
20% of net profits support women with breast cancer

Exhibit A

Page 1 of 2

# First Base For Women, LLC
8133 Highfield Dr., Lewis Center, Ohio 43035, 1-866-279-5487

To: Lodging Concepts, 203 Berg Street, Algonquin, IL 60102

## Purchase Order

**SHIP TO:** First Base For Women
8133 Highfield Dr.
Lewis Center, Ohio 43035

**BILL TO:** First Base For Women
Suite 100
8133 Highfield Dr.
Lewis Center, Ohio 43035

### Payment Method

| | | | | | |
|---|---|---|---|---|---|
| Check | | Amt. enclosed | | Purchase order number | 10002 |
| Credit card | | Card type | | Substitutions allowed? | no |
| | | Card number | | Backorder allowed? | no |
| On account | X | Account no. | | Ship via | ground |
| COD | | | | FOB destination | First Base for Women |
| Tax exempt | | Exemption no. | | Date ordered | July 18, 2001 |

Please supply the following items:

| ITEM# | DESCRIPTION | UNIT | QTY | UNIT COST | TOTAL AMOUNT |
|---|---|---|---|---|---|
| 1 oz SG | First Base 1 oz shower gel #679 pantone gel with pearlized fliptop cap received by 9/03/01 | 1 | 102000 | $0.219450 | |
| 1 oz SG | First Base 1 oz shower gel #679 pantone gel with pearlized fliptop cap received by 9/10/01 | 1 | 204000 | 0.21945 | |
| 1 oz SG | First Base 1 oz shower gel #679 pantone gel with pearlized fliptop cap received by 9/17/01 | 1 | 408000 | 0.219450 | |
| 1 oz SG | First Base 1 oz shower gel #679 pantone gel with pearlized fliptop cap Received by 9/24/01 | 1 | 408000 | 0.219450 | |
| 1 oz SG | First Base 1 oz shower gel #679 pantone gel with pearlized fliptop cap received by 10/01/01 | 1 | 408000 | 0.219450 | |
| 1 oz | First Base 1 oz shower gel #679 pantone gel with pearlized fliptop cap Received by 10/08/01 | 1 | 408000 | $0.219450 | |

Subtotal
Shipping charges
Handling charges
Insurance
Tax rate: N/A      Tax
Total

Tags: Abraham
Ordered by: [signature] CFO
Approved by: LODGING CONCEPTS, INC

### Special Instructions
Terms are net 30 after receipt of goods, FOB First Base for Women
Penalty of 1% per day on late shipments *only after 7 days late that's not a result of late payment or a result of force Majure*
Approval of this order cancels 10001 po

Exhibit B

Page 2 of 2

# First Base For Women, LLC
8133 Highfield Dr., Lewis Center, Ohio 43035, 1-866-270-5487

## Purchase Order

**SHIP TO:** First Base For Women
8133 Highfield Dr.
Lewis Center, Ohio 43035

**BILL TO:** First Base For Women
Suite 100
8133 Highfield Dr.
Lewis Center, Ohio 43035

**PAYMENT METHOD**

| | | | | |
|---|---|---|---|---|
| Check | | Amt enclosed | Purchase order number | 10002 |
| Credit card | | Card type | Substitutions allowed? | no |
| | | Card number | Backorder allowed? | no |
| On account | X | Account no. | Ship via | ground |
| COD | | | FOB destination | First Base for Women |
| Tax exempt | | Exemption no. | Date ordered | July 18, 2001 |

Please supply the following items

| ITEM NO | DESCRIPTION | UNIT | QTY | UNIT COST | TOTAL AMOUNT |
|---|---|---|---|---|---|
| 1 oz SG | First Base 1 oz shower gel #679 pantone gel with pearlized fliptop cap received by 10/15/01

First payment issued on 7/18/01 of $112,151.70 of which $45,000 is fully refundable upon submission of letter of credit but it does not effect the total amount of the purchase order

*In an amount to be agreed upon between party of Accel to guarantee P.O. Letter forthcoming.* | 1 | 510000 | $0.219450 | $111,919.50 |

| | | |
|---|---|---|
| | SUBTOTAL | 537,215.50 |
| | Shipping charges | |
| | Handling charges | |
| | Insurance | |
| Tax rate  N/A | Tax | |
| | TOTAL DUE | 537,213.50 |

Tara Abraham
Ordered by
CEO
Approved by _____ Jnk

**SPECIAL INSTRUCTIONS:** Payment in advance until letter of credit is *issued & accepted, then*
Terms are net 30 after receipt of goods, FOB First Base for Women
Penalty of 1% per day on late shipments —  *only after 7 days late, that are not a result of*
Approval of this order cancels 10001 PO
Week   *late payment or a result of force majeure*

FIRST BASE FOR WOMEN Lodging Concepts, Inc. PO#5862

| | | |
|---|---|---|
| Ship August 31, 2001 | 102,000 units | 408 case |
| Ship September 7 | 204,000 units | 916 cases |
| Ship September 14 | 408,000 units | 1832 cases |
| Ship September 21 | 408,000 units | 1832 cases |
| Ship September 28 | 408,000 units | 1832 cases |
| Ship October 5 | 408,000 units | 1832 cases |
| Ship October 12 | 510,000 units | 2040 cases |
| TOTAL | 2,448,000 UNITS | 9792 CASES |



## Accel inc.

### YOUR FULFILLMENT CENTER FOR THE MILLENNIUM

**FACSIMILE TRANSMITTAL SHEET**

TO: Ray Romano
FROM: Tara Abraham
COMPANY: Lodging Concepts Inc.
DATE: July 19, 2001
FAX NUMBER: 847-854-8874
TOTAL NO. OF PAGES INCLUDING COVER: 2, including cover page
PHONE NUMBER:
SENDER'S REFERENCE NUMBER:
RE:
YOUR REFERENCE NUMBER:

☒ URGENT  ☐ FOR REVIEW  ☐ PLEASE COMMENT  ☐ PLEASE REPLY  ☐ PLEASE RECYCLE

NOTES/COMMENTS:

8133 HIGHFIELD DRIVE, LEWIS CENTER, OH 43035
(740) 549-0606 PHONE (740) 549-4199 FAX
ACCEL@NETWALK.COM EMAIL

Exhibit C



**YOUR FULFILLMENT CENTER FOR THE MILLENNIUM**

720 Dearborn Park Lane • Worthington, Ohio 43085 • (614) 846-1223 phone • (614) 846-1642 fax • accel@netwalk.com e-mail

7/19/01

Ray Romano
Lodging Concepts Inc.
203 Berg Street
Algonquin, IL 60102

Ray;

This is letter is to confirm that Accel inc. is guaranteeing First BaSE for Women's purchase order 10002 for the amount of $537213.60 minus the deposit of $112,151.70 which leaves the amount of $425061.90.

Thank you,

Tara Marling Abraham
CEO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

FILED-WD

2002 APR 26 PM 4:28

U.S. DISTRICT COURT

| | | |
|---|---|---|
| LODGING CONCEPTS, INC., | ) | |
| Plaintiff, | ) | Civil Action No. 02 C 50164 |
| vs. | ) | |
| FIRST BASE FOR WOMEN, LLC and ACCEL, INC., | ) | |
| Defendants. | ) | **NOTICE OF FILING** |

TO: Richard A. Palmer, Esq.
WARD, MURRAY, PACE & JOHNSON, P.C.
202 East Fifth Street
P.O. Box 400
Sterling, IL 61081-0400

**PLEASE TAKE NOTICE**, that on the 26th day of April, 2002 the undersigned personally served the above-named, counsel for Plaintiff, with a copy of Defendant's, FIRST BASE FOR WOMEN, LLC, **NOTICE OF REMOVAL, NOTICE OF MOTION** and **MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** and hereby filed this NOTICE in the Clerk's office for the United States District Court, Northern District of Illinois, Western Division.

Dated this 26th day of April, 2002.

FIRST BASE FOR WOMEN, LLC, Defendant

BY: MAGGIO & FOX PROFESSIONAL CORPORATION

BY: _____
Gregory A. Biegel
One of its attorneys

**PREPARED BY:**
Gregory A. Biegel
MAGGIO & FOX PROFESSIONAL CORPORATION
501 Seventh St., Suite 501
Rockford, IL 61104
(815) 968-5100

The undersigned hereby states that a copy of the above NOTICE was served on the party as above addressed, in an envelope, sealed, postage prepaid, and depositing same in the United States Mail at Rockford, Illinois at or about the hour of 5:00 P.M. on the 26th day of April, 2002.

_____

Subscribed and sworn to before me
this 26th day of April, 2002.

_____
NOTARY PUBLIC

OFFICIAL SEAL
SUSAN C. ZIMMERMAN
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 3-21-2006

C:\jMyFiles(w)\02.5099\Notice of Filing (MTET).doc

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET  FILED

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

APR 26 2002

## I. (a) PLAINTIFFS
Lodging Concepts In

**DEFENDANTS**
First Base in Women, LL
Accel

MICHAEL W. DOBBINS, CLERK
UNITED STATES DISTRICT COURT

02C5016

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: New Jersey
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: Ohio
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Ward Murray Pace & Johnson
P.O. Box 400
Sterling, IL

ATTORNEYS (IF KNOWN)
Gregory Bregel
501 Seventh Street, Suite 501
Rockford, IL 61104

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☒ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability |  | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment / **HABEAS CORPUS:** |  | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / ☐ 530 General | ☐ 790 Other Labor Litigation |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights / ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS — Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property |  / ☐ 550 Civil Rights |  |  |  |
|  |  / ☐ 555 Prison Condition |  |  |  |

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)
Breach of Contract and Guaranty claim removed from McHenry County

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A **CLASS ACTION** ☐ UNDER F.R.C.P. 23
DEMAND $ 400,000
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: 4-26-02
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # ___ AMOUNT ___ APPLYING IFP ___ JUDGE ___ MAG. JUDGE ___

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS



FILED-WD
2002 APR 26 PM 4:25
CLERK
U.S. DISTRICT COURT

In the Matter of   LODGING CONCEPTS, INC., Plaintiff, vs. FIRST BASE FOR WOMEN & ACCEL, INC., Defendants.

Case Number:   02C50164

**APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:**
DEFENDANT, FIRST BASE FOR WOMEN, LLC

| (A) | (B) |
|---|---|
| SIGNATURE: [signed] | SIGNATURE: [signed] |
| NAME: Frank P. Maggio | NAME: Gregory A. Biegel |
| FIRM: MAGGIO & FOX PROFESSIONAL CORPORATION | FIRM: Same as (A) |
| STREET ADDRESS: 501 Seventh Street, Suite 501 | STREET ADDRESS: |
| CITY/STATE/ZIP: Rockford, IL 61104 | CITY/STATE/ZIP: |
| TELEPHONE NUMBER: (815) 968-5100 | TELEPHONE NUMBER: |
| IDENTIFICATION NUMBER: 01730312 | IDENTIFICATION NUMBER: 06192539 |
| MEMBER OF TRIAL BAR?  YES [X]  NO [ ] | MEMBER OF TRIAL BAR?  YES [ ]  NO [X] |
| TRIAL ATTORNEY?  YES [X]  NO [ ] | TRIAL ATTORNEY?  YES [X]  NO [ ] |
|  | DESIGNATED AS LOCAL COUNSEL?  YES [ ]  NO [X] |

| (C) | (D) |
|---|---|
| SIGNATURE: [signed] | SIGNATURE: [signed] |
| NAME: Pamela S. Fox | NAME: Matthew M. Hevrin |
| FIRM: Same as (A) | FIRM: Same as (A) |
| STREET ADDRESS: | STREET ADDRESS: |
| CITY/STATE/ZIP: | CITY/STATE/ZIP: |
| TELEPHONE NUMBER: | TELEPHONE NUMBER: |
| IDENTIFICATION NUMBER: 00857424 | IDENTIFICATION NUMBER: 6256083 |
| MEMBER OF TRIAL BAR?  YES [ ]  NO [X] | MEMBER OF TRIAL BAR?  YES [ ]  NO [X] |
| TRIAL ATTORNEY?  YES [ ]  NO [X] | TRIAL ATTORNEY?  YES [ ]  NO [X] |
| DESIGNATED AS LOCAL COUNSEL?  YES [ ]  NO [X] | DESIGNATED AS LOCAL COUNSEL?  YES [ ]  NO [X] |

PLEASE COMPLETE IN ACCORDANCE WITH INSTRUCTIONS ON REVERSE.